UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| SAMUEL XAVIER BRYANT, | 1:16-cv-00190-MJS (HC) |
|---|---|
| Petitioner, | |
| v. | ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUERIS AS MOOT |
| W. MUNIZ, | (Doc. 10) |
| Respondent. | |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254. On February 25, 2016, Petitioner filed an application to proceed in forma pauperis. Due to the fact that Petitioner's in forma pauperis status was previously authorized on February 11, 2016, IT IS HEREBY ORDERED THAT Petitioner's application to proceed in forma pauperis is DISREGARDED as moot.

IT IS SO ORDERED.

Dated:   March 9, 2016                          /s/ *Michael J. Seng*
                                                UNITED STATES MAGISTRATE JUDGE

1